## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 09CV7291     Assigned/Issued By: DAJ

Judge Name: CASTILLO     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons     ☑ Alias Summons
☐ Third Party Summons     ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
     _____
     (Victim, Against and $ Amount)
☐ Citation to Discover Assets     ☐ Other
☐ Writ _____
     (Type of Writ)     _____
          (Type of issuance)

1  Original and  1  copies on  03/04/10  as to  DEF.
                    (Date)