**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jesse Williams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case Number: 1:09-cv-07291 |
| | ) | Judge: Ruben Castillo |
| IPC International Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:
    Eugene F. Keefe
    Keefe, Campbell & Associates, LLC.
    118 N. Clinton, Suite 300
    Chicago, IL 60661
    (312) 756-3700
    (312) 756-1901
    ekeefe@keefe-law.com

    PLEASE TAKE NOTICE that on March 31, 2010, at 9:45 p.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Ruben Castillo or any judge sitting in his stead in the courtroom usually occupied by him at the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present the attached Opposition to Defendant's Motion to Dismiss a copy of which is attached hereto.