IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jesse Williams, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>IPC International Corporation, )<br>)<br>      Defendant. ) | Case Number: 1:09-cv-07291<br>Judge: Ruben Castillo |

## CERTIFICATE OF SERVICE

    I, Stuart K. Jones, Esquire, hereby certify that Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) was served via electronic filing on the ECF System, this 26th day of March 2010 upon the following:

    Eugene F. Keefe
    Keefe, Campbell & Associates, LLC.
    118 N. Clinton, Suite 300
    Chicago, IL 60661
    (312) 756-3700
    (312) 756-1901
    ekeefe@keefe-law.com


Dated: March 26, 2010

                                                    /s Stuart K. Jones

                                                  Attorney for the Plaintiff

670 N. Clark Street
Suite 300
Chicago, IL 60601
(312) 602-2424
stuartkjones@gmail.com